IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEVEN HUDSON, | No. C 06-03716 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| BEN CURRY, Warden, | |
| Defendant. | |

Robert Steven Hudson, a prisoner incarcerated at the Correction Training Facility in Soledad, California, has filed a petition for writ of habeas corpus. The Court finds the petition merits a response. The clerk shall therefore serve by certified mail a copy of this order, the petition and all attachments thereto, including the unredacted version of petitioner's sealed brief, upon respondent and respondent's attorney, the Attorney General of the State of California. The clerk also shall also serve a copy of this order on petitioner.

Respondent shall file and serve on petitioner, on or before **October 13, 2006**, an answer showing cause why a writ of habeas corpus should not issue. Respondent shall file with the answer a copy of all portions of the parole hearing record that have been transcribed and that are relevant to a determination of the issues presented by the petition. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on respondent on or before **November 17, 2006**.

**IT IS SO ORDERED.**

Dated: August 4, 2006

SUSAN ILLSTON
United States District Judge