IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT STEVEN HUDSON,

    Petitioner,

  v.

BEN CURRY, Warden

    Respondent.

                                             /

No. C 06-03716

**JUDGMENT**

The petition for writ of habeas corpus is denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 15 , 2008

_____
SUSAN ILLSTON
United States District Judge